# NEW YORK CITY POLICE DEPARTMENT

# ARREST SYSTEM

# SELECT TO VIEW/PRINT AN ARREST FORM

| Form | Arrest Id | Entered By | Arrest Date | Arrest Time | Defendant | Top Charge | Date Entered |
|---|---|---|---|---|---|---|---|
| View | K02004792 | 0. | 01/19/2002 | 20:55:00 | LEACH, TERRELL | MAPL 2403001 | 01/19/2002 |
| View | K05664182 | 932147. | 08/20/2005 | 00:43:00 | LEACH, TERRELL | MBPL 221.10 01 | 08/20/2005 |
| View | K05667511 | 901151. | 09/01/2005 | 13:20:00 | LEACH, TERRELL | MBPL 221.10 01 | 09/01/2005 |
| View | K07636672 | 925746. | 04/24/2007 | 18:05:00 | LEACH, TERRELL | MBPL 221.10 01 | 04/24/2007 |
| View | K14643055 | 937685. | 05/14/2014 | 21:15:00 | LEACH, TERRELL | FEPL 215.40 02 | 05/14/2014 |
| View | Q14617023 | 950199. | 03/18/2014 | 15:33:00 | LEACH, TERRELL | MAPL 165.15 03 | 03/18/2014 |

Total Number of Arrests: 6

Print Date: 08/07/14
Report limited to the first 500 Arrest Ids



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 0 6 2015 ★

BROOKLYN OFFICE



COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 14cv3663
DATE: Oct 9, 2014